**Frank Patryn, Minor, by Joseph Patryn, Next Friend, Appellant, v. J. M. Zaccaria, Appellee.**

**Gen. No. 40,239.**

opinion filed October 31, 1939. Marion J. Hannigan, for appellant; Miller, Gorham, Wescott & Adams, for appellee; Edward R.

Adams and Herbert C. De Young, of counsel. Opinion by JUSTICE SCAN-
LAN. ''Not to be published in full.''